IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S DISTRICT COURT
DISTRICT OF COLORADO
2016 SEP 26  AM 8: 13

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. __16-CV-02406__
(To be supplied by the court)

__Marolyn Kay Rittenhouse__, Plaintiff,

v.

__Regional Transportation District  Bruce Able__

__First Transit Inc   Gary Forbes__,

__Transdev    Larry Tenenholz__,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff **Marolyn Kay Rittenhouse** is a citizen of **Denver, Colorado** who presently resides at the following address: **2119 High Street Apt E   Denver, Colorado 80205**

2. Defendant **Regional Transportation District** is a citizen of **Denver** who live(s) at or is/are located at the following address: **1600 Blake Street   Denver, Colorado 80202**

3. Defendant **First Transit Inc** is a citizen of **Denver** who live(s) at or is/are located at the following address: **6345 Colorado Blvd   Denver Colorado 80216**

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   **USC Title 42**

5. Briefly state the background of your case: **VIOLATIONS of ADA Procedures. This case was perfected after A driver did not clear the Securement area before putting out Ramp. Driver did not offer securement upon boarding ADA Passengers.**

   **Driver Refused to call for disturbance on bus when Requested to do so. Driver stated there was no time to call for disturbance**

   **Passenger pushed plantiff off seat Resulting in injurey**

   **Driver did not have incident Reports on bus.**

...

## PARTIES

1. Plaintiff  Marolyn Kay Rittenhouse  is a citizen of _____
   who presently resides at the following address:
   _____

2. Defendant  Transden  is a citizen of  Englewood Colorado
   who live(s) at or is/are located at the following address:
   2775 S. Vallejo  Englewood, Colorado  80110

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _____
   _____
   _____

5. Briefly state the background of your case:

(Rev. 07/06)                              2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① I have not had a week without being injured on the bus and need to go to Chiropractor for adjustment due to drivers not offering securement and making sure that I am seated and secured before moving bus

② ADA Proceedures not followed

③ payment for frequent treatment payment for pain and suffering

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(4) Drivers have told me that I am not a wheelchair they do not have to follow the proceedures

(5) When driver has been told that they have injured me I have been told they do not care

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

6) This has been going on for over 2 years since the current RTD ADA policy. They still do not have it right.

I turn in numerous complaints weekly.

7) A policy to change Drivers attetude such as Days Suspension or fines for every complaint.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

① Reimbursment for Chiropracter last 2 years

② Relief for pain and suffering

③ Use as an example for failing or refusing to follow procedures

Date: Aug 25 2016

_Marolyn Kay R. Tenhoeve_
(Plaintiff's Original Signature)

_2119 High Street #E_
(Street Address)

_Denver Colorado 80205_
(City, State, ZIP)

_303 860 4066_
(Telephone Number)