IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02406-GPG

MAROLYN KAY RITTENHOUSE,

    Plaintiff,

v.

GARY FORBES, First Transit Inc. General Manager,
BRUCE ABLE, Regional Transportation District,
MIKE GIL, Regional Transportation District,
ALICE OSNER, Regional Transportation District,
KALEE FREESTONE, Regional Transportation District,
DAN MERRITT, Regional Transportation District,
LARRY TENEHOLZ, Transden General Manager,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 2, 2016, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of December, 2016.

                           FOR THE COURT,

                           JEFFREY P. COLWELL, Clerk

                           By: s/Jennifer Hawkins
                           Deputy Clerk